**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                                **PLAINTIFF**

**v.**                             **Case No.  4:13-cr-00056 KGB**

**EUGENE EVANS GREEN**                                                                      **DEFENDANT**

**ORDER**

The government filed a motion for revocation of defendant Eugene Green's supervised release and for issuance of a warrant for him to appear before this Court to show cause why his supervised release should not be revoked (Dkt. No. 3).  The Court granted the motion for issuance of a warrant and further ordered that Mr. Green be brought before the appropriate Magistrate Judge to make a determination regarding Mr. Green's detention pending a hearing before this Court on the government's revocation request.  A hearing was conducted on August 14, 2015, before Magistrate Judge Beth Deere.  Judge Deere released Mr. Green from custody on the same supervision conditions previously imposed and also ordered Mr. Green to avoid all contact with his ex-wife (Dkt. 10).  Judge Deere's order also scheduled the revocation hearing before this Court for September 14, 2015, at 1:30 p.m.

Mr. Green now moves the Court to hold in abeyance the government's motion to revoke his supervised release (Dkt. No. 14).  Mr. Green's motion states that the government's motion to revoke is based on pending charges in Oklahoma and that the defendant is scheduled to appear in court in Oklahoma on September 15, 2015, at 1:30 p.m., a day after the revocation hearing scheduled herein.

Mr. Green requests that the revocation hearing be held in abeyance pending resolution of the Oklahoma state criminal charges. Mr. Green's motion further states that the government does not object to his request to hold the motion to revoke in abeyance.

For good cause shown, the Court grants the request to hold the motion to revoke in abeyance and for a continuance of the September 14, 2015, hearing on the motion to revoke. The date for the hearing will be set by separate order.

It is so ordered this the 1st day of September, 2015.

                                                                           Kristine G. Baker
                                                                           United States District Judge