**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                 **PLAINTIFF**

**v.**                          **Case No.  4:13-cr-00056 KGB**

**EUGENE EVANS GREEN**                                              **DEFENDANT**

**ORDER**

The government filed a motion for revocation of defendant Eugene Evans Green's supervised release and for issuance of a summons for him to appear before this Court to show cause why his supervised release should not be revoked (Dkt. No. 3).  The Court held a hearing on the government's motion for revocation on October 22, 2015.  The government moved the Court to hold in abeyance for six months its motion to revoke but requested that, based on Mr. Green's admission to the alleged violations, the Court modify certain conditions of Mr. Green's supervised release.  Mr. Green opposed the government's motion to hold in abeyance for six months its motion to revoke.

For good cause shown, the Court granted the government's motion and will hold in abeyance for six months the government's motion to revoke.  The next hearing on the government's motion to revoke will be set by separate order.

The Court also modifies Mr. Green's conditions of supervised release as follows:

1. All general, standard, and special conditions of supervised release previously imposed on Mr. Green remain in full force and effect.

2. Mr. Green shall participate under the guidance and supervision of the United States Probation Office in a domestic violence program, which program should comply with the

requirements established by the District Court of Tulsa County, Oklahoma, in Case No. CF-15-3978 when it sentenced Mr. Green.

3. Mr. Green must comply with all other conditions imposed by the District Court of Tulsa County, Oklahoma, in Case No. CF-15-3978 when it sentenced Mr. Green.

4. Mr. Green shall participate under the guidance and supervision of the United States Probation Office in a mental health assessment and, if necessary, mental health treatment. Mr. Green will pay the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office. In the event Mr. Green is financially unable to pay for the cost of treatment, the co-pay requirement will be waived.

It is so ordered this 26th day of October, 2015.

_____
Kristine G. Baker
United States District Judge